Name: John Brosnan

Address: 3680 Wilshire Boulevard STE P04

Los Angeles, CA 90010

Phone Number: (310) 909-7580

E-mail Address: johnbrosnanlegal@gmail.com

*Pro Se*

FILED
2019 AUG 13 PM 3:06

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN BROSNAN

PLAINTIFF(S)

v.

MEDMEN ENTERPRISES INC., et al.

DEFENDANT(S)

CASE NUMBER

CV19-7037-MWF(MAAx)

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the (Plaintiff/Defendant) ___Plaintiff___ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available at the Pro Se E-Filing webpage located on the Court's website.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by U.S. mail.

3. I understand that if my use of the CM/ECF system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✓] A Computer with internet access.

   [✓] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✓] A scanner to convert documents that are only in paper format into electronic files.

   [✓] A printer or copier to create required paper copies such as chambers copies.

   [✓] A word-processing program to create documents; and

   [✓] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: Jun 28, 2019          Signature: /s/ John

009492